1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2
3   MARK L. KROTOSKI (CASBN 138549)
    Chief, Criminal Division
4   Robin Harris
    Assistant U.S. Attorney
5
6   450 Golden Gate Ave (11th Floor)
    San Francisco, CA 94102
    Telephone: (415) 436-7200
7
8   Attorneys for the United States

**FILED**
MAY 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3-07-70287 MAG |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| Eloy Sanchez-Calismo | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 5/17/07, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

☒ Other (describe) supervised release violation/arrest warrant pending in the Northern District of Ohio, Case Number 1:05CR00508-001

///

///

///

1

1 | In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States Code,
2 | Section(s) __1326__.
3 | Description of Charges: __illegal reentry after deportation__.
4 |
5 | Respectfully Submitted,
6 | SCOTT N. SCHOOLS
  | UNITED STATES ATTORNEY
7 |
8 | Date: __5/17/07__                  _/s/ Robin Harris_
9 | Assistant U.S. Attorney

U.S. Department of Justice
United States Marshals Service

# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
NORTHERN
*(District)*

CALIFORNIA

*(Return Address and Phone)*

*Please type or print neatly:*

TO: MARIN COUNTY JAIL
13 PETER BEHR DRIVE
SAN RARAEL, CA 94903
ATTN: BOOKING

DATE: 04/30/2007
SUBJECT: SANCHEZ - CALISTRO, ELOY
AKA:
DOB/SSN: 01/15/1976/SSN# 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
REF. #
USMS #: 30300-160/ FBI# 390242EC0
CR #: 1:05 00508-001 OHIO WARRANT

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Northern District of Ohio has issued an arrest warrant charging the subject with violation of the conditions of probation and/or supervised release.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a Federal probation/supervised release violation warrant.

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at 415-436-7621.
FAX No.

RECEIPT
Date: 4/30/07
Signed:
By:
Title: Deputy

Very truly yours,
R. Williams
*(Signature)*

CHRIS JOHANNSEN SDUSMS 415-436-7658
*(Name and Title)*

Requested by: Rosemary Williams 9Warrants) 415-436-7679

Form USM-16D
Rev. 04/05

?R-30-2007 12:36 P.02
Case 3:07-mj-70287-MAG   Document 1   Filed 05/17/2007   Page 4 of 5
Case 1:05-cr-00508-PAG   Document 21-1   Filed 08/18/2006   Page 1 of 1

OHN Prob 19
(05/2003)

U.S. MARSHAL'S
ND / OHIO
CLEVELAND, OHIO

# United States District Court
## for the
### NORTHERN DISTRICT OF OHIO

2007 AUG 18 P 12: 51

RECEIVED
DEPARTMENT
OF JUSTICE

U.S.A. vs Eloy Calistro- Sanchez          Docket No. 1:05CR00508-001

TO: ¹Any United States Marshal or any other authorized officer.

### WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Court.

| NAME OF SUBJECT<br>Eloy Calistro- Sanchez | | | SEX<br>Male | RACE<br>White Hispanic |
|---|---|---|---|---|
| SSN # | 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 | DOB | 1-15-76 | USM/Reg# | 30300-160 |

ADDRESS (STREET, CITY, STATE)
506 18th Street, Richmond Road, California 94801

SENTENCE IMPOSED BY (NAME OF COURT)

CLERK: Geri M. Smith     (BY) DEPUTY CLERK: [signature]     DATE: 8/18/06

### RETURN

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: _____
Deputy Clerk

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the NORTHERN DISTRICT OF OHIO;" or "any United States Marshal; or Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

LIMITED OFFICAL USE
UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
DISTRICT OF NORTHERN/OHIO
DISTRICT: 60 OFFICE: CLE
INDIVIDUAL CUSTODY AND DETENTION REPORT USM 129
NAME: SANCHEZ-CALISTRO, ELOY
USMS NUMBER: 30300160



## I. IDENTIFICATION DATA

| USMS NUMBER: 30300160 | | | NAME: SANCHEZ-CALISTRO, ELOY | |
|---|---|---|---|---|
| ADDRESS: 2253 ELYRIA AVE LORAIN, OH 44052 | | | PHONE: (440) 242-4018 | |
| DOB: 01/15/1976 | AGE: 31 | | POB: SAN LUIS, MX | |
| SEX: M   RACE: W | HAIR: BLK | EYE: BRO | HEIGHT: 506 | WEIGHT: 150 |
| SSN: | FBI NBR: 390242EC0 | | ALIEN NBR: | |

| *** SPECIAL HANDLING CODE | SPECIAL HANDLING REMARK |
|---|---|
| OTH | LORAIN CO SO NEEDS TO BORROW |
| MTL | NO CURRENT OR PAST THOUGHTS OF SUICIDE |
| OTH | SENT TO LORAIN CI BY MISTAKE BY LORIAN CO SO |

| DETAINER DATE | ACTIVE | AGENCY | REMARK |
|---|---|---|---|
| 09/29/2005 | T | IMMIGRATION | NEOCC TO TRANSFER INMATE TO ICE ON 3/2/06 |
| 02/16/2006 | Y | SEE REMARKS | LORAIN COUNTY SHERIFF (440)329-3758 |

| PRISONER ALIAS | ALIAS REMARK |
|---|---|
| SANCHEZ-CALISTRO, ELROY | |
| SANCHEZ, ELOY | |

| GENERAL REMARKS |
|---|
| SPEAKS LITTLE ENGLISH |

## II. CASE INFORMATION

| CTR | STATUS | COURT CASE NUMBER | FEDERAL COURT CITY | JUDGE | US ATTORNEY | DEFENSE ATTORNEY |
|---|---|---|---|---|---|---|
| 1 | RL-INS911 | 30300160-1 | CLEVELAND | HEMANN, PATRICIA | TRIPI, PHILLIP | |

| CTR | ARREST DATE | ARRESTING AGENCY | ARREST LOCATION | WARRANT NUMBER |
|---|---|---|---|---|
| 1 | 09/27/2005 | IMMIGRATION & NATURALIZATION | LORAIN, OHIO | |

| CTR | OFFENSE CODE | OFFENSE | REMARK | DISPOSITION |
|---|---|---|---|---|
| 1 | 0301 | ILLEGAL ENTRY | | CONVICTED |

| CTR | SENTENCE DATE | SENTENCE | APPEAL DATE |
|---|---|---|---|
| 1 | 02/28/2006 | 5 MOS.SE(GIVEN TIMED SERVED)/1YR. SR | **/**/**** |