**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**FILED**

May 21, 2007

JUN X 4 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
801 West Superior Avenue
Cleveland, OH 44113-1830

Case Name:    US-v-Calistro
Case Number:  3:07-70287 MAG
Charges:      8:1326

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Vadas. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

    Sincerely yours,

    RICHARD WIEKING, Clerk


    by: <u>Valerie Kyono</u>
    Case Systems Administrator

Enclosures